**Motion Granted; Dismissed and Memorandum Opinion filed May 17, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-11-00897-CR

_____

**JOHN JAMES CREEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 56th District Court
Galveston County, Texas
Trial Court Cause No. 06CR1228**

---

## MEMORANDUM OPINION

A written request to withdraw the notice of appeal, personally signed by appellant, has been filed with this court.  *See* Tex. R. App. P. 42.2.  Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed.  We direct the clerk of the court to issue the mandate of the court immediately.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Jamison.

Do Not Publish — Tex. R. App. P. 47.2(b).